UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL AZZARA, | : | CIVIL ACTION NO. 4:CV-11-1075 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| WILLIAM A. SCISM, et al., | : | |
| Defendants | : | |

FILED SCRANTON MAR 01 2012 Per___ DEPUTY CLERK

### ORDER

**NOW, THIS 1ST DAY OF MARCH, 2012**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss or, in the alternative for summary judgment (Doc. 20) is **GRANTED**. Judgment is hereby entered in favor of Defendants and against Plaintiff

2. Plaintiff's motion for preliminary injunction and temporary restraining order (Doc. 3) is **DENIED**.

3. Plaintiff's motion for reconsideration of this Court's November 2, 2011 Order denying consolidation of the instant civil action with Plaintiff's pending habeas corpus action, (Doc. 37) is **DISMISSED** as moot.[8]

4. The Clerk of Court shall **CLOSE** this case.

5. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

*[signature]*
**United States District Judge**

---

1. Additionally, this motion was subject to dismissal for Plaintiff's failure to file a supporting brief. See M.D. Pa. Local Rule 7.5.